# ORIGINAL OFFICE OF THE FEDERAL PUBLIC DEFENDER

## District of Hawaii



Sharron Rancourt
Assistant Federal Defender
Sharron_rancourt@fd.org

300 Ala Moana Boulevard, Suite 7-104
Honolulu, Hawaii 96850-5269

Phone (808) 541-2521   ◆   Toll free (877) 541-2521   ◆   Facsimile (808) 541-3545

July 24, 2019

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 24 2019

at 3 o'clock and 10 min. P M
SUE BEITIA, CLERK   ES

Kevin S. C. Chang
U.S. Magistrate Judge
United States District Court
U.S. Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii  96850

MC 19  00281 JAO KJM

Re:     Appointment of Counsel for Dae Han Moon

Your Honor:

Mr. Dae Han Moon has contacted this office requesting that he be appointed counsel.  Mr. Moon is under federal investigation.  He is presently incarcerated at the Oahu Community Correctional Center.  The attached financial affidavit is not notarized.  He has signed his attached Affidavit pursuant to 28 U.S.C. Section 1746.

He wishes to have the advice and representation of counsel in this matter. Our office has a conflict in this matter and asks that CJA counsel to be appointed for Mr. Moon.

Very truly yours,

SHARRON RANCOURT
Assistant Federal Public Defender
District of Hawaii

Attachment